# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STEELWORKERS LOCAL 12-369, STEPHANIE B. GREEN, DAVID ROBERTS,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STEEL WORKERS INTERNATIONAL,<br><br>Defendant. | NO. CV-07-5053-RHW |
| STEPHANIE GREEN, a single person,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, HANFORD ATOMIC METAL TRADES COUNCIL, AFL-CIO, DAVE MOLNAA, and JANE DOE MALNAA, husband and wife and the marital community thereof, VINCE STROOPS and JANE DOE STROOPS, husband and wife and the marital community thereof, KIRK DOMINA and JANE DOE DOMINA, husband and wife and the marital community thereof, VICTOR CRUZ and JANE DOE CRUZ, husband and wife and the | NO.  CV-07-5066-RHW<br><br>**now**<br><br>NO. CV-07-5053-RHW<br><br>**ORDER GRANTING INTERNATIONAL DEFENDANTS' MOTION TO CONSOLIDATE** |

**ORDER GRANTING INTERNATIONAL DEFENDANTS' MOTION TO CONSOLIDATE** ~ 1

| | |
|---|---|
| 1 | marital community thereof, JIM WOODWARD and JANE DOE WOODWARD, husband and wife and the marital community thereof, CHERIE MILLER and JOHN DOE MILLER, husband and wife and the marital community thereof, MARGIE MEYERS and JOHN DOE MEYERS, husband and wife and the marital community thereof, JIM OROSCO and JANE DOE OROSCO, husband and wife and the marital community thereof, KAREN ALEXANDER and JOHN DOE ALEXANDER, husband and wife and the marital community thereof, RANDY KNOWLES and JANE DOE KNOWLES, husband and wife and the marital community thereof, |
| | Defendants. |

Before the Court is the International Defendants' Motion to Consolidate Cases (Ct. Rec. 154). A telephonic hearing on the Motion to Consolidate Cases was held on February 23, 2009. At the hearing, the Court orally granted the motion and consolidated the two cases for discovery and trial.

Accordingly, **IT IS HEREBY ORDERED**:

1. The International Defendants' Motion to Consolidate Cases (Ct. Rec. 154) is **GRANTED**.

2. The cases (CV-07-5053-RHW, and CV-07-5066-RHW) are consolidated as case number CV-07-5053-RHW.

3. The caption of the consolidated case is as follows:

UNITED STEELWORKERS LOCAL 12-369, STEPHANIE B. GREEN, DAVID ROBERTS,

    Plaintiffs

    v.

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC,

**ORDER GRANTING INTERNATIONAL DEFENDANTS' MOTION TO CONSOLIDATE ~ 2**

HANFORD ATOMIC METAL TRADES COUNCIL, AFL-CIO, DAVE MOLNAA, and JANE DOE MALNAA, husband and wife and the marital community thereof, VINCE STROOPS and JANE DOE STROOPS, husband and wife and the marital community thereof, KIRK DOMINA and JANE DOE DOMINA, husband and wife and the marital community thereof, VICTOR CRUZ and JANE DOE CRUZ, husband and wife and the marital community thereof, JIM WOODWARD and JANE DOE WOODWARD, husband and wife and the marital community thereof, CHERIE MILLER and JOHN DOE MILLER, husband and wife and the marital community thereof, MARGIE MEYERS and JOHN DOE MEYERS, husband and wife and the marital community thereof, JIM OROSCO and JANE DOE OROSCO, husband and wife and the marital community thereof, KAREN ALEXANDER and JOHN DOE ALEXANDER, husband and wife and the marital community thereof, RANDY KNOWLES and JANE DOE KNOWLES, husband and wife and the marital community thereof,

        Defendants.

4. All future filings by the parties and court orders will be captioned and numbered accordingly. It is not necessary for the parties to refile their pleadings.

5. The January 27, 2009 Scheduling Order entered in CV-07-5066 (Ct. Rec. 163) shall apply to the newly consolidated case. A telephonic pretrial conference is set for October 30, 2009, at 9:30 a.m. A bench trial for the consolidated case is set for November 16, 2009.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 11th day of March, 2009.

        *s/Robert H. Whaley*

        ROBERT H. WHALEY
        Chief United States District Judge

Q:\CIVIL\2007\Green\con2.ord.wpd

**ORDER GRANTING INTERNATIONAL DEFENDANTS' MOTION TO CONSOLIDATE ~ 3**