UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STEEL WORKERS LOCAL 12-369, STEPHANIE B. GREEN, DAVID ROBERTS,

Plaintiff,

v.

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, *et al.*,

Defendant.

NO. CV-07-5053-RHW

**ORDER GRANTING THE PARTIES' STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF STEPHANIE B. GREEN**

Before the Court is the parties' Stipulation of Voluntary Dismissal of Plaintiff Stephanie B. Green. The motion was heard without oral argument.

The above-caption case is a consolidated action. There are two pending lawsuits: (1) *United Steelworkers Local 12-369, Stephanie B. Green, and David Roberts v. United Steelworkers International*; and (2) *Green v. United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, et al.*

The parties stipulate that Plaintiff Stephanie B. Green be dismissed from the first action, with prejudice and that each party shall bear its costs of the action. Plaintiff Green is not dismissed from the second action and remains a Plaintiff in that proceeding.

///

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Voluntary Dismissal of Plaintiff Stephanie B. Green (Ct. Rec. 117) is **GRANTED**.

2. Plaintiff Stephanie B. Green be dismissed from the following action, with prejudice and without costs to either party: *United Steelworkers Local 12-369, Stephanie B. Green, and David Roberts v. United Steelworkers International.*

3. Plaintiff Stephanie B. Green remains a Plaintiff in the following action: *Green v. United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, et al.*

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 8th day of June, 2009.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Local 12-369, Green\grant.dismiss.wpd

**ORDER GRANTING THE PARTIES' STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF STEPHANIE B. GREEN** ~ 2