UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STEEL WORKERS LOCAL 12-369, STEPHANIE B. GREEN, DAVID ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, *et al.*,<br><br>Defendants. | NO. CV-07-5053-RHW<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER, IN PART; GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulation for Protective Order (Ct. Rec. 112) and Stipulated Motion for Protective Order (Ct. Rec. 133).

The parties have proposed a Stipulated Protective Order, which for the most part, complies with the Federal Rules of Discovery and does not concern the Court. The proposed Protective Order contains the following language, which is problematic with respect to the public's common law right and First Amendment right to access court proceedings:

> 7. If counsel intends to file any motion, opposition, reply or any other filing with the Court and attach thereto and set forth therein any document or information that has been designated as

**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER, IN PART; GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1**

CONFIDENTIAL under this Stipulation and Order, counsel shall file the document or information designated as CONFIDENTIAL under seal.

The Eastern District of Washington has specific procedures to follow when filing documents under seal. Generally, before a document is filed under seal in the court record, the parties must first obtain permission from the Court to do so. Therefore, the Court strikes Paragraph 7 from the Stipulated Protective Order and instead, instructs the parties to follow the procedures established by the Eastern District of Washington when filing previously designated CONFIDENTIAL information in the court record.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Protective Order (Ct. Rec. 112) is **GRANTED**, in part.

2. The parties' Stipulated Motion for Protective Order (Ct. Rec. 133) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 12th day of June, 2009.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Local 12-369, Green\prot.ord2.wpd

**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER, IN PART; GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 2**