UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STEEL WORKERS LOCAL 12-369, STEPHANIE B. GREEN, DAVID ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, *et al.*,<br><br>Defendants. | NO. CV-07-5053-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE: DISCOVERY ISSUES** |

On June 23, 2009, Magistrate Judge Hutton issued a Report and Recommendation Re: Discovery Issues (Ct. Rec. 136). No objections were filed to the Magistrate's recommendation.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the Magistrate Judge's Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **adopts** Magistrate Judge Hutton's Report and Recommendation in its entirety.

///

///

**ORDER ADOPTING REPORT AND RECOMMENDATION RE: DISCOVERY ISSUES** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and forward copies to counsel.
3  **DATED** this 8th day of July, 2009.
4  *s/ Robert H. Whaley*
5
6  ROBERT H. WHALEY
   Chief United States District Judge
7
8  Q:\CIVIL\2007\Local 12-369, Green\adopt.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION RE:
DISCOVERY ISSUES ~ 2**