UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STEEL WORKERS LOCAL 12-369, STEPHANIE B. GREEN, DAVID ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, *et al.,*<br><br>Defendants. | NO. CV-07-5053-RHW<br><br>**ORDER RE: HAMTC DEFENDANTS' MOTION FOR RECONSIDERATION** |

Before the Court is the HAMTC Defendants' Motion for Reconsideration of Order Denying Motion for Summary Judgment (Ct. Rec. 417). The motion was heard without oral argument and on an expedited basis.

The HAMTC Defendants ask the Court to reconsider its Order denying their summary judgment motion. The Court declines to do so. The Court finds that there are genuine questions of material fact regarding the HAMTC Defendants' role in the alleged scheme to suppress dissent, as well as other questions of intent that relate to Plaintiffs' claims asserted against the HAMTC Defendants. As such, summary judgment is not appropriate.

Accordingly, **IT IS HEREBY ORDERED:**

1. The HAMTC Defendants' Motion for Reconsideration of Order

**ORDER HAMTC DEFENDANTS'
MOTION FOR RECONSIDERATION ~ 1**

Denying Motion for Summary Judgment (Ct. Rec. 417) is **DENIED.**

    2.    The HAMTC Defendants' Motion to Expedite (Ct. Rec. 420) is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 27th day of October, 2009.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2007\Local 12-369, Green\deny3.wpd

**ORDER HAMTC DEFENDANTS'**
**MOTION FOR RECONSIDERATION** ~ 2