UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STEEL WORKERS LOCAL 12-369, STEPHANIE B. GREEN, DAVID ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, *et al.,*<br><br>Defendants. | NO. CV-07-5053-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

A Motion for Stipulated Dismissal of Kirk Domina, Vic Cruz, Jim Orosco, Randy Knowles, and Cherrie Miller (Ct. Rec. 477) was filed on November 13, 2009. The plaintiffs seek to dismiss with prejudice the claims against Kirk Domina, Vic Cruz, Jim Orosco, Randy Knowles, and Cherrie Miller. No counterclaims or cross claims have been made against defendants.

IT IS HEREBY ORDERED:

1. The Plaintiffs' Motion for Stipulated Dismissal of Kirk Domina, Vic Cruz, Jim Orosco, Randy Knowles, and Cherrie Miller (Ct. Rec. 477) is **GRANTED.**

2. The District Court Executive is directed to terminate defendants Kirk Domina, Vic Cruz, Jim Orosco, Randy Knowles, and Cherrie Miller and their spouses and marital communities (the Domina defendants).

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL~ 1**

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** The District Court Executive is directed to enter this |
| 2 | Order and forward copies to counsel. |
| 3 | **DATED** this 13th day of November, 2009. |
| 4 | |
| 5 | |
| 6 | *s/Robert H. Whaley* |
| 7 | ROBERT H. WHALEY<br>United States District Judge |

 *s/Robert H. Whaley* 
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2007\Local 12-369, Green\dismiss.domina.ord.wpd

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL~ 2**