AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

UNITED STEEL WORKERS LOCAL 12-369,
STEPHANIE B. GREEN, DAVID ROBERTS,
                      Plaintiffs,

                  v.

UNITED STEEL, PAPER AND FORESTRY, RUBBER
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL
AND SERVICE WORKERS INTERN'L UNION, et al.,
                      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-5053-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   that judgment is entered in favor of the defendants and against the plaintiffs.

December 4, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson