AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

UNITED STEEL WORKERS
LOCAL 12-369, et al,

      Plaintiffs,

          v.

UNITED STEEL WORKERS
INTERNATIONAL, et al,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-5053-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the International and Local 12-369 and against Myers and Alexander on the indemnification claims.

| April 12, 2010 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |