AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

United Steal Workers Local 12-369, et al,

        Plaintiffs,

        v.

United Steel Workers International, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-5053-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: 1.) Hanford Atomic Metal Trades Counsel and Dave and Jill Molnaa ("HAMTC")'s Motion for Judgment on Answer of Garnishee Defendant (ECF No. 635) is GRANTED.

2.) HAMTC is awarded judgment against garnishee CH2M Hill Plateau Remediation Company in the amount of $1,110.37.

3.) Garnishee Defendant CH2M Hill Plateau Remediation Company shall deposit with the Court's registry $1,110.37, for later distribution to Plaintiffs' counsel.

4.) Upon payment by garnishee CH2M Hill Plateau Remediation Company of the aforementioned sum into the registry of this Court, said garnishee shall be discharged from this action. Upon receipt of said sum, the Clerk of the Court shall enter a full satisfaction of the judgment against garnishee CH2M Hill Plateau Remediation Company.

5.) HAMTC shall have judgment against Stephanie B. Green for costs of this garnishment action in the sum of $357.70; said sum shall be added to HAMTC's prior judgment against Stephanie B. Green.

6.) Upon receipt of the aforementioned payment from garnishee, the Clerk of Court shall disburse to HAMTC's attorney said sum, less any fee charged by the Court for such disbursement, and shall enter partial satisfaction of the prior judgment against Stephanie B. Green in the amount of the payment received from said garnishee.

| | |
|---|---|
| March 28, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |